UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PAUL DESROCHERS,**

    Plaintiff,

                                                                                                          Civil No.**06-15228**
                                                                                                          Hon. John Feikens

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **9/27/2007**, and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

Dated: 10/26/2007                      **s/John Feikens**
                                               John Feikens
                                               United States District Judge

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 26, 2007.

s/Carol Cohron
Deputy Clerk